IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES WILLIAMS, D-83893, | ) | |
| Petitioner, | ) ) | No. C 11-0123 CRB (PR) |
| vs. | ) ) | ORDER OF TRANSFER |
| VINCE CULLEN, Acting Warden, | ) ) | |
| Respondent. | ) ) | |

  Petitioner seeks federal habeas review of a conviction and sentence from Los Angeles County Superior Court, which lies within the venue of the Central District of California, Western Division. <u>See</u> 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at San Quentin State Prison in Marin County, which lies within the venue of this judicial district. <u>See id.</u> § 84(a).

  Venue is proper in a habeas action in either the district of confinement or the district of conviction, <u>see id.</u> § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction. <u>See</u> Habeas L. R. 2254-3(a); <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

     Because Los Angeles County lies in the Western Division of the Central District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

     The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: <u>Jan. 18, 2011</u>

                                         CHARLES R. BREYER
                                         United States District Judge

G:\PRO-SE\CRB\HC.11\Williams, C1.transfer.wpd