Enter JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN WONG,<br><br>    Respondent. | Case No. CV 11-703-MMM (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: November 9, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE